NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, Respondent, v ANTHONY SEARS, Appellant.

Decided February 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3; CPLR 5601).

NOREX PETROLEUM LIMITED, Appellant, v LEONARD BLAVATNIK et al., Respondents.

Submitted January 21, 2014; decided February 13, 2014

Motion by Jonathan R. Siegel for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER DOCKERY, Also Known as JOHN HARRIS, Appellant.

Submitted January 27, 2014; decided February 13, 2014

Motion by Youth Represent for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JERMAINE DUNBAR, Respondent.

Submitted February 10, 2014; decided February 13, 2014

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.